UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PLAINTIFF 1,

                  Plaintiff,

        -against-

DEFENDANT A, DEFENDANT B, DEFENDANT C
and DEFENDANT D,

                  Defendants.

-------------------------------------------------------------X

09 civ 6777 (JGK)

## ORDER

The court was served with an amended complaint, redacting the names of the parties in

this case. After reviewing this matter, the Court has determined that this case should not be under

seal. The Clerk is hereby ordered to unseal this matter.

**SO ORDERED.**

                          JOHN G. KOELTL
              UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       October 1, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
10/5/2009