Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Garnishee China Merchants Bank Co. Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINALAND SHIPPING PTE. LTD., :
:
                 Plaintiff, : 09cv6777 (JGK)
:
- v. - :
:
LINYI JIANGXIN STEEL CO., LTD., :
HUASHENG JIANGQUAN GROUP., LTD., : **NOTICE OF APPEARANCE**
SHANGDONG HUASHENG INTERNATIONAL :
TRADE CO., LTD., and SHANGDONG :
WENDING INVESTMENT CO., LTD., :
:
                 Defendants, :
------------------------------------------------------------X

TO THE CLERK:

      Please enter an appearance in the above-captioned action for Nicholas K. Lagemann, an attorney admitted to practice before this Court, as counsel for Garnishee, China Merchants Bank Co. Ltd.

Dated: New York, New York.
October 9, 2009

                      SIDLEY AUSTIN LLP

By:   /s/ Nicholas K. Lagemann
       Nicholas K. Lagemann
       787 Seventh Avenue
       New York, New York 40049
       (212) 839-5300

*Attorneys for Garnishee*
*China Merchants Bank Co. Ltd.*

## CERTIFICATE OF SERVICE

I Nicholas K. Lagemann hereby certify that on this 9th day of October 2009, I caused the foregoing Notice of Appearance to be served by ECF and email upon:

George M. Chalos, Esq.
CHALOS & CO, P.C.
123 South Street
Oyster Bay, New York 11771
Phone: (516) 714-4300
Fax: (516) 750-9051
gmc@chaloslaw.com
*Counsel for Plaintiff*

/s/ Nicholas K. Lagemann
Nicholas K. Lagemann