Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Garnishee China Merchants Bank Co. Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINALAND SHIPPING PTE. LTD.,          :
                                       :
                    Plaintiff,         :     09cv6777 (JGK)
                                       :
        - v. -                         :
                                       :
LINYI JIANGXIN STEEL CO., LTD.,        :
HUASHENG JIANGQUAN GROUP., LTD.,       :     **RULE 7.1 STATEMENT**
SHANGDONG HUASHENG INTERNATIONAL       :
TRADE CO., LTD., and SHANGDONG         :
WENDING INVESTMENT CO., LTD.,          :
                                       :
                    Defendants,        :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Garnishee, China Merchants Bank Co. Ltd ("CMB") respectfully submits this corporate disclosure statement.

      CMB has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York.
October 9, 2009

                                              SIDLEY AUSTIN LLP

By:   /s/ Nicholas K. Lagemann
       Nicholas K. Lagemann
       787 Seventh Avenue
       New York, New York 40049
       (212) 839-5300

*Attorneys for Garnishee
China Merchants Bank Co. Ltd.*

# CERTIFICATE OF SERVICE

I Nicholas K. Lagemann hereby certify that on this 9th day of October 2009, I caused the foregoing Rule 7.1 Statement to be served by ECF upon:

George M. Chalos, Esq.
CHALOS & CO, P.C.
123 South Street
Oyster Bay, New York 11771
Phone: (516) 714-4300
Fax: (516) 750-9051
gmc@chaloslaw.com
*Counsel for Plaintiff*

/s/ Nicholas K. Lagemann
Nicholas K. Lagemann