Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Garnishee China Merchants Bank Co. Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINALAND SHIPPING PTE. LTD., :
: 
                Plaintiff, :   09cv6777 (JGK)
:
- v. - :   **ANSWER OF GARNISHEE**
:   **CHINA MERCHANTS BANK**
LINYI JIANGXIN STEEL CO., LTD., :   **CO. LTD. NEW YORK BRANCH**
HUASHENG JIANGQUAN GROUP., LTD., :   **IN RESPONSE TO MARITIME**
SHANGDONG HUASHENG INTERNATIONAL :   **ATTACHMENT AND**
TRADE CO., LTD., and SHANGDONG :   **GARNISHMENT**
WENDING INVESTMENT CO., LTD., :
:
                Defendants, :
------------------------------------------------------------X

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

       Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the above-captioned matter dated September 22, 2009, and served upon Garnishee China Merchants Bank Co. Ltd. New York Branch on or about September 23, 2009, Garnishee China Merchants Co. Ltd. New York Branch hereby states that on such date of service and through and to the date of this response, it was not indebted to the Defendants LINYI JIANGXIN STEEL CO., LTD., HUASHENG JIANGQUAN GROUP CO., LTD, SHANGDONG HUASHENG INTERNATIONAL TRADE CO., LTD., or SHANGDONG WENDING INVESTMENT CO., LTD., and did not otherwise have in its possession any

property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts, owed by or owed to the defendant(s) or monies to be paid to discharge a debt owed to the defendant(s), including monies being transferred by, to or for the benefit of the defendants(s).

Dated: New York, New York.
      October 9, 2009

                                      SIDLEY AUSTIN LLP

                  By:    /s/ Nicholas K. Lagemann
                          Nicholas K. Lagemann
                          787 Seventh Avenue
                          New York, New York 40049
                          (212) 839-5300

                          *Attorneys for Garnishee*
                          *China Merchants Bank Co. Ltd.*

# VERIFICATION

STATE OF NEW YORK )
                                ) ss.:
COUNTY OF NEW YORK )

Richard N. Pagnotta, Sr., being duly sworn, deposes and says as follows:

I am the Vice President and Chief Compliance Officer for China Merchant Bank Co. Ltd. New York Branch. I have reviewed the contents of the foregoing Answer of Garnishee China Merchants Bank Co. Ltd. New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 09cv6777 and know the contents thereof and that the same are true to the best of my known knowledge. I base this upon personal knowledge, review of China Merchant Bank Co. Ltd. New York Branch's files, and communications with relevant employees of the Bank.

                                                                _____
                                                                       Richard N. Pagnotta, Sr.

Sworn to before me on
October 9, 2009

_____
Notary Public

Notary Public, State of New York
No. 01PA6178576
Qualified in New York County
Commission Expires Oct. 01, 2011

3

**CERTIFICATE OF SERVICE**

I Nicholas K. Lagemann hereby certify that on this 9th day of October, 2009, I caused the foregoing Answer of Garnishee China Merchants Bank Co. Ltd. New York Branch in Response to Maritime Attachment and Garnishment to be served by ECF and email upon:

George M. Chalos, Esq.
CHALOS & CO, P.C.
123 South Street
Oyster Bay, New York 11771
Phone: (516) 714-4300
Fax: (516) 750-9051
gmc@chaloslaw.com
*Counsel for Plaintiff*

/s/ Nicholas K. Lagemann
Nicholas K. Lagemann

4